# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLEAO DUNN, JR.

NO. 2021 KW 0371

**JULY 19, 2021**

In Re: State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 18-CR-403.

**BEFORE:  WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT GRANTED.** The district court's ruling setting bail pending appeal is vacated, and the matter is remanded to the district court for a determination at the district court's discretion if bail should be imposed. Under La. Code Crim. P. art. 312(F), bail pending appeal shall be allowed if a sentence of five years or less is actually imposed, and bail may be allowed if the sentence imposed actually exceeds imprisonment for five years. The defendant's total sentence imposed was ten years imprisonment; thus, bail pending appeal was not required. See **State ex rel. Alexander v. Fifteenth Judicial Dist. Court Lafayette Parish**, 471 So.2d 1390 (La. 1985); see also **State v. Swaggerty**, 417 So.2d 135 (La. App. 5th Cir. 1982). Furthermore, pursuant to Article 312(F), in determining whether to impose bail, the district court should consider whether the defendant is a danger to the community, particularly in light of the violent offenses for which he was convicted, the charges pending against him, and his criminal history. See La. Code Crim. P. art. 14:2(B)(33).

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT